# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

DEBORAH DIANE FLETCHER                              *

5805 42nd AVENUE APT. 617

HYATTSVILLE, MD 20781                               *
*(Full name and address of the plaintiff)*
         **Plaintiff(s)**

         VS.                                        *     Civil No.: **JFM 13 CV 2941**
                                                          *(Leave blank. To be filled in by Court.)*
PRINCE GEORGE'S HOSPITAL CENTER

PRESIDENT                                           *

3001 HOSPITAL DRIVE

CHEVERLY, MD 20785                                  *

_____
*(Full name and address of the defendant(s))*
         **Defendant(s)**                              *
                                       ******

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

Complaint (Rev. 12/2000)                            1

2. The facts of this case are:

On February 12, 2013 the plaintiff (forma pauperis) went to the defendant (er al) place for her regular monthly check-up and was inform that she was in label and would be saying over-night, in the hospital. The plaintiff (forma pauperis) was schedule for the delivery room noon the next day. The next morning the nurse came into the plaintiff (forma pauperis) room to take her to the delivery room and not at noon. The plaintiff had another C-section, or was it a C-section birth? When the nurse brought the baby to her for the first time she said he was not of your blood. And by it being a fact of statment that baby was also a recreation, because it had hair on it head. It is also a question of how many did came out during that delivery. That baby they gave was not Deborah new born baby.

3. The relief I want the court to order is:

☒ Damages in the amount of: $3,000,000

☐ An injunction ordering: _____

☑ Other (explain) To see just what did come out during the delivry and how many plus for in damages in the amount of $3,000,000.00

October 7, 2013
~~June 23, 2013~~
(Date)

Deborah Diane Fletcher
*Deborah Diane Fletcher*
(Signature)

Deborah Diane Fletcher

5805 42nd AVENUE APT.617

Hyattsville, MD 20781

301-209-8417
(Printed name, address and phone number of Plaintiff)

**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.