# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DEBORAH DIANE FLETCHER | * |
| Plaintiff | * |
| v | *   Civil Action Case No. JFM-13-2941 |
| PRINCE GEORGE'S HOSPITAL CENTER | * |
| Defendant | * |

\*\*\*

## ORDER

On October 7, 2013, self-represented plaintiff Deborah Fletcher, a resident of Baltimore, Maryland, filed the instant action alleging federal question jurisdiction. She states that on February 12, 2013, she ws told during a regular monthly medical examination that she was pregnant. After an overnight hospital stay, plaintiff was given a C-Section and thereafter was shown a child that was not her own. She questions how many children were delivered during the C-Section. Plaintiff, who indicates this is a medical malpractice case, seeks $3,000,000 in money damages and requests leave to proceed in forma pauperis.

This court is a court of limited original jurisdiction. It does not sit to review every claim related to state tort claims such as medical malpractice or tortious conduct involving non-federal parties.[1] It only has authority to review such claims if the claims are sufficient to establish federal diversity of citizenship jurisdiction. When a party seeks to invoke diversity jurisdiction under § 1332, she bears the burden of demonstrating that the grounds for diversity exist and that diversity is complete. *See Advani Enterprises, Inc. v. Underwriters at Lloyds*, 140 F.3d 157, 160 (2d Cir. 1998). The requirement of complete diversity of citizenship mandates that each plaintiff

---

[1] This court does not have original subject matter jurisdiction over such disputes. Further, there are no facts to suggest a federal question is presented pursuant to 28 U.S.C. § 1331.

meet the diversity requirements as to each defendant. *See Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 829 (1989); *Stouffer Corp. v. Breckenridge*, 859 F.2d 75, 76 (8th Cir. 1988) (citing *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 2 L.Ed. 435 (1806)). Plaintiff is a Maryland resident and the defendant provides medical services in Maryland. Diversity jurisdiction, therefore, does not exist. As there is neither federal question nor diversity jurisdiction, the lawsuit must be dismissed.

For these reasons, it is this ___ day of _____, 2013, by the United States District Court for the District of Maryland, hereby ORDERED:

1. The motion to proceed in forma pauperis (ECF No. 2) IS GRANTED;

2. The case IS DISMISSED;

3. The case IS CLOSED; and

4. The Clerk SHALL MAIL a copy of this order to plaintiff.

J. Frederick Motz
United States District Judge

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2013 OCT 15 P 12:09
CLERK'S OFFICE AT BALTIMORE
BY_____ DEPUTY